LAWRENCE J. GORNICK, ESQ. (SBN 136290)
DENNIS J. CANTY, ESQ. (SBN 207978)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California  94104
Telephone      (415) 646-7160
Facsimile       (415) 981-1270

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HOWARD, | Case No. C 06 0688 SC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | **HON. SAMUEL CONTI** |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al. | |
| Defendants. | ORDER |

   NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: May 1, 2006

LEVIN SIMES KAISER & GORNICK LLP

_____
Dennis J. Canty
Attorneys for Plaintiff

IT IS SO ORDERED
Judge Samuel Conti

VOLUNTARY DISMISSAL                                                                 PAGE 1